**2008–1208. Schnitzler v. Mallory.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1226. State ex rel. Washington v. Cain.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1275. Steck v. Smith.**

In Habeas Corpus. On petition for writ of habeas corpus of Dennis Steck. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1294. Facundo v. Mukasey.**

In Habeas Corpus. On petition for writ of habeas corpus of Enrique Facundo. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1300. Gates v. Anderson.**

In Habeas Corpus. On petition for writ of habeas corpus of John B. Gates and petitioner's motion for summary judgment. Sua sponte, cause dismissed. Motion for summary judgment denied as moot.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1336. State ex rel. Rice v. Dartt.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1357. Lucky v. Smith.**

In Habeas Corpus. On petition for writ of habeas corpus of Jeffrey Lucky. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1375. Donaldson v. Gansheimer.**

In Habeas Corpus. On petition for writ of habeas corpus of Montrea Donaldson. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1996–0423. State v. Biros.**

Trumbull App. No. 91–T–4632. On motion to set execution date. Motion denied.

**2005–1656. State v. Davis.**

Licking C.P. No. 04 CR 464. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.

**2007–0558. Wilborn v. Bank One Corp.**

Mahoning App. No. 04–MA–182, 2007-Ohio-596. On motion to consolidate this cause with 2008–1284, *HomEq Servicing Corp. v. Schwamberger,* Scioto App. No. 07CA3146, 2008-Ohio-2478. Motion denied.